UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERICA MCFREDERICK, ) <br> DAVID MCFREDERICK, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> vs. ) <br>   ) <br> YEIMI NAVARRETE, ) <br> STATE FARM MUTUAL AUTOMOBILE ) <br> INSURANCE COMPANY, ) <br>   ) <br> Defendants. ) | No. 1:15-cv-00854-JMS-MJD |

## ORDER TO FILE AMENDED COMPLAINT

On June 1, 2015, Plaintiffs filed their Complaint against Defendants, asserting that this Court could exercise diversity jurisdiction over Plaintiffs' claims. [Filing No. 1 at 1.] Based on Plaintiffs' allegations, the Court cannot determine whether it actually has diversity jurisdiction for the reasons detailed below.

Plaintiffs allege that "the amount in controversy is in excess of $75,000." [Filing No. 1 at 1.] But the amount in controversy must exceed "$75,000, exclusive of interest and costs." 28 U.S.C. § 1332 (emphasis added).

The Court is not being hyper-technical: Counsel has a professional obligation to analyze subject-matter jurisdiction, *Heinen v. Northrop Grumman Corp.*, 671 F.3d 669 (7th Cir. 2012), and a federal court always has a responsibility to ensure that it has jurisdiction, *Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 427 (7th Cir. 2009).

For these reasons, the Court **ORDERS** Plaintiffs to conduct whatever investigation is necessary and file an Amended Complaint by **June 16, 2015**, properly setting forth the basis for

this Court's diversity jurisdiction.  Defendants need not answer or otherwise respond to Plaintiffs'

original Complaint.

Date: June 3, 2015

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via CM/ECF:**

Christopher G. Stevenson
WILSON KEHOE & WININGHAM
cstevenson@wkw.com